**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-1297**

WILLIAM LUTHER,

    Plaintiff – Appellant,

  v.

GARY LOCKE,

    Defendant – Appellee.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.    Leonie M. Brinkema,
District Judge. (1:09-cv-00748-LMB-IDD)

Submitted:  August 19, 2010   Decided:  August 26, 2010

Before MOTZ, GREGORY, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

William Luther, Appellant Pro Se.   Jonathan Holland Hambrick,
Assistant  United  States  Attorney,  Richmond,  Virginia,  for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Luther appeals the district court's order granting the Defendant's motion to dismiss his civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Luther v. Locke, No. 1:09-cv-00748-LMB-IDD (E.D. Va. Jan. 11, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED